

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00417-CV

**IN THE INTEREST OF S.E.P.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013 EM5-04455
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of court costs; no costs of court are taxed.

It is so **ORDERED** on November 7, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2018.

_____
Keith E. Hottle, Clerk of Court